UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHUKI P. DAVIS,

     Petitioner,

v.                                           Case No.  6:10-cv-886-Orl-28GJK

SECRETARY, DEPARTMENT
 OF CORRECTIONS, et al.,

     Respondents.

_____/

## ORDER

This case is before the Court on the following motions:

1.     Petitioner's Motion for Leave of Court to File Attached Notice of Appeal Upon Issuance of Certificate of Appealability (Doc. No. 25, filed October 17, 2011) is **GRANTED** in part. The Notice of Appeal, which is attached to the motion, will be deemed filed with the Court on October 13, 2011, which was the date it was provided to the prison authorities for mailing. The Clerk of the Court is directed to separately file and docket the Notice of Appeal.

2.     Petitioner's Application for A Certificate of Appealability (Doc. No. 26, filed October 17, 2011) is **DENIED**. This Court should grant an application for a certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial

showing of the denial of a constitutional right.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this ___22___ day of

October, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 10/19
Counsel of Record
Chuki P. Davis